Opinion issued April 19, 2022



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00257-CV

———————————

## IN THE INTEREST OF I.G., A.G. JR., S.S.M. A/K/A S.M, AND N.M., CHILDREN

---

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-02244J**

---

## MEMORANDUM OPINION

Appellant, C.T., identified as an "intervenor" in the underlying suit to terminate the parent-child relationship, appealed from the trial court's March 10, 2022 Decree for Termination. On April 6, 2022, appellant filed a "Motion for Voluntary Dismissal," stating that she "no longer desires to pursue this appeal" and requesting "that this appeal be dismissed."

Appellant's motion includes a certificate of conference stating that appellant "attempted to confer" with appellee regarding the relief requested in appellant's motion, "but ha[d] not heard back as to whether [appellee was] opposed." *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no party has expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1); 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Guerra.